UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ANTHONY PAUL DESHOTEL<br>DOC # 118476 | * | CIVIL ACTION NO. 2:15-cv-38<br>SECTION P |
| v. | * | JUDGE MINALDI |
| CHARLES L. BULL, JR., ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 8) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Deshotel's civil rights complaint is **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii). However, Deshotel may reassert his claim for monetary damages if and when the *Heck v. Humphrey* conditions are satisfied.

Lake Charles, Louisiana, this 26 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE